# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152212(49)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMSHID BAKSHI ZAHRAIE,
      Defendant-Appellant.

_____/

SC: 152212
COA: 321835
Tuscola CC: 2013-012924-FH

     On order of the Chief Justice, the motion of defendant-appellant to extend the time to file his reply is GRANTED. The reply submitted on January 22, 2016, is accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2016

